UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL BARRAGAN-ROJAS,<br><br>Defendant. | NO. CR 09-5452<br><br>ORDER ON MOTION TO SUBSTITUTE COUNSEL |

Having reviewed the declaration of counsel and considering the files of this cause, the motion is hereby granted. Jeff Goldstein shall substitute as attorney of record effective immediately and Paula Olson shall withdraw, effective immediately.

IT IS SO ORDERED this 27th day of October, 2009.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ON MOTION TO SUBSTITUTE COUNSEL - 1

JEFF GOLDSTEIN
ATTORNEY AT LAW
P.O. BOX 17125
Seattle, Washington 98125
Tel (206) 313-3644 ♦ Fax (206) 260-3804